**No. 41986.**—Protest 637958–G of Frank Samuel & Co. (Boston).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Samuel* (26 C. C. P. A. 22, T. D. 49574) the spiegeleisen in question was held dutiable at 75° cents per ton under paragraph 301 as claimed.

**No. 41987.**—Protest 918823–G of Haruta & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights plated with silver. On the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the claim at 50 percent under paragraph 339 was sustained.

**No. 41988.**—Protests 643820–G, etc., of Viking Trading Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise in question consists of sprays, soap dishes, soap cases, tooth brush tubes, shaving brush tubes, cream jars, bottles, boxes, cylinders, flasks, razor cases, utility cases, soap glasses, and sprinklers, articles of hollow ware, the same as those the subject of *Viking Trading Co.* v. *United States* (C. D. 132). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 41989.**—Protests 306718–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel bottles, boxes, lamps, flacons, atomizers, incense burners, and photo frames chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857) and *Rice* v. *United States* (T. D. 49373) cited. Toilet sets like those the subject of Abstract 8950 were held separately dutiable as follows: the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.